UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

WAYNE BENHART,

Plaintiff,

v.

AFNI, INC.

Defendant.

Case No.: _____

**DEFENDANT AFNI, INC.'S**
**NOTICE OF REMOVAL**

Defendant AFNI, Inc. ("AFNI") files this *Notice of Removal* of this action to the United States District Court for the Southern District of Florida as follows:

1. Plaintiff Wayne Benhart ("Plaintiff") filed his complaint on November 23, 2020, in the County Court for the Seventeenth Judicial Circuit in and for Broward County.  Plaintiff served a copy of her complaint on AFNI, on June 28, 2021.

2. This is a civil action based on Plaintiff's contentions against AFNI involving the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.77 (the "FCCPA").

3. Removal is proper because this case involves a federal question—alleged violations of the FDCPA.  Therefore, the entire suit is removable under 28 U.S.C. §1441(a).

4. Removal is timely pursuant to 28 U.S.C. §1446(b) because AFNI has filed this Notice of Removal within 30 days of receipt of Plaintiff's Complaint.  Defendant was served with Plaintiff's Original Complaint on July 30, 2021.

5. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by AFNI are attached hereto and marked as composite Exhibit A and incorporated herein by reference.

6. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the County Court for the Seventeenth Judicial Circuit in and for Broward County.

7. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

8. A jury demand was made in state court.

For the above reasons, Defendant AFNI, Inc. requests that this Court assume full jurisdiction over the proceeding as provided by law.

Date: August 24, 2021

Respectfully submitted,

/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN: 0094080
/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Direct: (813) 251-3632
Fax: (813) 251-3675
cmchale@gsgfirm.com
dgolden@gsgfirm.com