

**Service of Process Transmittal**
07/30/2021
CT Log Number 539997153

**TO:** Alicia Mckeighan
Afni, Inc.
404 BROCK DR, PO BOX 3097
BLOOMINGTON, IL 61701-2654

**RE:** **Process Served in Florida**

**FOR:** Afni, Inc. (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Wayne Benhart, Pltf. vs. AFNI, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # COSO21007746 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/30/2021 at 01:42 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/30/2021, Expected Purge Date: 08/04/2021<br><br>Image SOP<br><br>Email Notification, Alicia Mckeighan  aliciamckeighan@afni.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| Date: | Fri, Jul 30, 2021 |
| Server Name: | JOSHUA WRIGHT |
| Entity Served | AFNI, INC. |
| Case Number | COSO-21-7746 |
| Jurisdiction | FL |



Filing # 130761149 E-Filed 07/22/2021 03:14:03 PM

Case Number: COSO-21-007746 Division: 60

# IN THE COUNTY COURT FOR THE SEVENTEENTH JUDICIAL CIRCUIT
# IN AND FOR BROWARD COUNTY, FLORIDA

Wayne Benhart,

    Plaintiff,

v.

AFNI, Inc.,

    Defendant.

CASE NO.:

Pretrial Information: Appear at

on 08/25/2021 at 9:30 AM
in https://17thflcourts.zoom.us/j/990901272.

STATE OF FLORIDA – NOTICE TO PLAINTIFF(S) AND DEFENDANT(S):

c/o Kuhn Raslavich, P.A.
2110 West Platt Street
Tampa, FL 33606

AFNI, Inc.
c/o Insurance Commissioner
Service of Process Section
200 E. Gaines Street
Tallahassee, FL 32314-6100

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the

_____ in Courtroom # _____, located at _____,

on _____, at _____m, for a PRETRIAL CONFERENCE before a judge of this court.

**IMPORTANT–READ CAREFULLY THE CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES–APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 07/22/2021 03:13:59 PM.****